```
DELMAR BENARD FUNCHES        MAGNOLIA FCU                 WILKINSON LAW FIRM
10 NORTH HILL PKWY           240 BRIAWOOD DR              51 KEYWOOD CIRCLE
APT #110                     JACKSON, MS 39206            FLOWOOD, MS 39232
JACKSON, MS 39206


THOMAS C. ROLLINS, JR.       MAGNOLIA FEDERAL CU
THE ROLLINS LAW FIRM, PLLC   ATTN: BANKRUPTCY
P.O. BOX 13767               240 BRIARWOOD DR.
JACKSON, MS 39236            JACKSON, MS 39206


CAPIO PARTNERS               MOHELA
2222 TEXOMA PKWY             ATTN: BANKRUPTCY
STE 150                      P.O.BOX 9635
SHERMAN, TX 75090            WILKES BARR, PA 18773


CAPITAL ONE                  MS SPORTS MEDICINE
ATTN: BANKRUPTCY             1325 E FORTIFICATION
P.O. BOX 30285               JACKSON, MS 39202
SALT LAKE CITY, UT 84130


CASHAPP                      NATIONAL CREDIT ADJ
1955 BROADWAY, SUITE 6       ATTN: BANKRUPTCY
OAKLAND, CA 94612            PO BOX 3023
                             HUTCHINSON, KS 67504


INTERNAL REVENUE SERVI       SMITH ROUCHON & ASSOC
CENTRALIZED INSOLVENCY       SRA
P.O. BOX 7346                1456 ELLIS AVE
PHILADELPHIA, PA 19101-7346  JACKSON, MS 39204


INTERNAL REVENUE SERVI       STRATEGIC DEALER SERVI
C/O US ATTORNEY              524 E LAMAR BLVD
501 EAST COURT ST            ARLINGTON, TX 76011
STE 4.430
JACKSON, MS 39201


LAW OFFICE OF MBA            U OWN
PO BOX 3498                  1500 UNIVERSITY CENTRE
SHERMAN, TX 75091            STE 140
                             TAMPA, FL 33612


LENDMARK FINANCIAL SER       US ATTORNEY GENERAL
2118 USHER ST.               US DEPT OF JUSTICE
COVINGTON, GA 30014          950 PENNSYLVANIA AVENW
                             WASHINGTON, DC 20530-0001
```