# PROCEEDING MEMO - CHAPTER 13 341A MEETING OF CREDITORS

**DATE OF MEETING:**   09/02/2025                              **TIME OF MEETING:**  9:30 AM

**IN RE:  FUNCHES, DELMAR BENARD**                          **CASE NO.:  25-01925-JAW**

**1. NAME OF ATTORNEY FOR DEBTOR(S):**        THOMAS C. ROLLINS, JR

**2. APPEARANCES:**

    (✓) **DEBTOR(S)**

    ( ) **ATTORNEY FOR DEBTOR(S)**

    ( ) **CREDITORS:** _____

    _____

    _____

    _____

    _____

    _____

**3. MEETING ADJOURNED:**        YES   ✓   NO _____

    **IF NO:**

    _____        **CASE TO BE DISMISSED**

    **REASON:** _____

    (i.e., failure to appear or by debtor's motion)

    **OR**

    _____        **CASE CONTINUED TO :**

    _____ **AT** _____

    (Date)                              (Time)

    **REASON:** _____

**NOTES OF PRESIDING OFFICER:**   RESET  10/7/25  @ 11:30am  by order

_____

_____

_____

                                     /S/ HAROLD J. BARKLEY, JR.

                                       **PRESIDING OFFICER**

**TAPE #**  012 , **SIDE** _____

                          **25-01925-JAW**