

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: September 3, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                               CHAPTER 13 NO.:

DELMAR BENARD FUNCHES                                           25 – 01925 – JAW

### ORDER RESCHEDULING §341 MEETING OF CREDITORS, EXTENDING DEADLINE FOR OBJECTING TO CONFIRMATION AND RESETTING CONFIRMATION HEARING

On *ore tenus* motion of the Chapter 13 Trustee in the above styled case to reschedule §341 Meeting of Creditors, extend the deadline for filing objections to confirmation of the Debtor(s) Chapter 13 Plan (the "Plan"), and reset confirmation hearing, having considered the same, finds, that the *ore tenus* motion should be granted, therefore,

IT IS ORDERED THAT:

1. The §341 Meeting of Creditors is reset to OCTOBER 7, 2025 AT 11:30 A.M. PLEASE TAKE NOTICE that said meeting of creditors will be conducted via ZOOM VIDEO MEETING:

    Go to Zoom.us/join enter
    Meeting ID 374 151 7424 and
    Passcode 4972880130 or call
    662-350-8812

    **Please do not appear in person for the meeting.** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend the meeting. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. If you have any questions or concerns, please contact your attorney or the case trustee at:

    Trustee Phone: 601-362-6161
    Trustee Email: HJB@HBARKLEY13.COM

2. The Objection to Confirmation Deadline is extended until **OCTOBER 21, 2025.**

3. The Confirmation hearing is reset for **NOVEMBER 3, 2025 at 10:00 A.M.** at 501 East Court Street, in Courtroom 4 -C, Jackson, Mississippi 39201. If no objection is timely filed, the plan may be confirmed without a hearing.

4. The Trustee shall serve a copy of this Order to all creditors and/or all interested parties as listed on the most recent CM/ECF creditor mailing matrix in a manner to comply with the notice provisions of Fed. R. Bankr. P. 2002(a)(9) and (b)(3). Within two (2) days after service, the Trustee shall file a certificate of service with the Court that includes a copy of this Order and a record of the parties served.

##END OF ORDER##

SUBMITTED BY:

_____
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM