**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                                    **CHAPTER 13 NO.:**

**DELMAR BENARD FUNCHES**                                 **25 – 01925 – JAW**

**CERTIFICATE OF SERVICE**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the *Order Rescheduling §341 Meeting of Creditors, Extending Deadline for Objection to Confirmation and Resetting Confirmation Hearing* [DK #18] which resets the 341(a) Meeting of Creditors to a zoom hearing, extends the deadline for filing objections to confirmation and setting the confirmation hearing date entered in the above styled and numbered case to the U. S. Trustee, the Debtor, Debtor's Attorneys and to all creditors and their attorneys if known, by United States Mail, postage prepaid, or by ECF Filing Notification, and that a copy of the subject Order has been served to the parties pursuant to Fed. R. Bankr. P. 2002(a)(9) and (b)(3).

Dated: September    3   , 2025

                                                         Respectfully submitted,

                                                         /s/Harold J. Barkley, Jr.
                                                         HAROLD J. BARKLEY, JR. – MSB #2008
                                                          CHAPTER 13 TRUSTEE
                                                          POST OFFICE BOX 4476
                                                          JACKSON, MS 39296-4476
                                                          PHONE:  601/362-6161
                                                          FAX:  601/362-8826
                                                          E-MAIL:  HJB@HBARKLEY13.COM