

SO ORDERED,

*Jamie A. Wilson*

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: September 3, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                         CHAPTER 13 NO.:

DELMAR BENARD FUNCHES                                     25 – 01925 – JAW

### ORDER RESCHEDULING §341 MEETING OF CREDITORS, EXTENDING DEADLINE FOR OBJECTING TO CONFIRMATION AND RESETTING CONFIRMATION HEARING

On *ore tenus* motion of the Chapter 13 Trustee in the above styled case to reschedule §341 Meeting of Creditors, extend the deadline for filing objections to confirmation of the Debtor(s) Chapter 13 Plan (the "Plan"), and reset confirmation hearing, having considered the same, finds, that the *ore tenus* motion should be granted, therefore,

IT IS ORDERED THAT:

1. The §341 Meeting of Creditors is reset to OCTOBER 7, 2025 AT 11:30 A.M.  PLEASE TAKE NOTICE that said meeting of creditors will be conducted via ZOOM VIDEO MEETING:

   Go to Zoom.us/join enter
   Meeting ID 374 151 7424 and
   Passcode 4972880130 or call
   662-350-8812

   <u>Please do not appear in person for the meeting.</u> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend the meeting. Creditors may attend but are not required to do so.  If the meeting is continued or adjourned to a later date, the date will be on the court docket. If you have any questions or concerns, please contact your attorney or the case trustee at:

   Trustee Phone: 601-362-6161
   Trustee Email: HJB@HBARKLEY13.COM

2. The Objection to Confirmation Deadline is extended until OCTOBER 21, 2025.

3. The Confirmation hearing is reset for NOVEMBER 3, 2025 at 10:00 A.M. at 501 East Court Street, in Courtroom 4 -C, Jackson, Mississippi 39201. If no objection is timely filed, the plan may be confirmed without a hearing.

4. The Trustee shall serve a copy of this Order to all creditors and/or all interested parties as listed on the most recent CM/ECF creditor mailing matrix in a manner to comply with the notice provisions of Fed. R. Bankr. P. 2002(a)(9) and (b)(3). Within two (2) days after service, the Trustee shall file a certificate of service with the Court that includes a copy of this Order and a record of the parties served.

##END OF ORDER##

SUBMITTED BY:

_/s/_

JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

```
Label Matrix for local noticing        Harold J. Barkley Jr.              Capio Partners
0538-3                                  P.O. Box 4476                      2222 Texoma Pkwy
Case 25-01925-JAW                       Jackson, MS 39296-4476             Ste 150
Southern District of Mississippi                                           Sherman, TX 75090-2481
Jackson-3 Divisional Office
Wed Sep  3 10:11:43 CDT 2025

Capital One                             CashApp                            Department of Treasury - Internal Revenue Se
Attn: Bankruptcy                        1955 Broadway, Suite 6             Centralized Insolvency
P.O. Box 30285                          Oakland, CA 94612-2205             P.O. Box 7346
Salt Lake City, UT 84130-0285                                              Philadelphia, PA 19101-7346


Delmar Benard Funches                   Internal Revenue Servi             LVNV Funding, LLC
10 North Hill Pkwy                      c/o US Attorney                    Resurgent Capital Services
Apt #110                                501 East Court St                  PO Box 10587
Jackson, MS 39206-5559                  Ste 4.430                          Greenville, SC 29603-0587
                                        Jackson, MS 39201-5025

Law office of MBA                       (p)LENDMARK FINANCIAL SERVICES     MS Sports Medicine
PO Box 3498                             2118 USHER ST                      1325 E Fortification
Sherman, TX 75091-3498                  COVINGTON GA 30014-2434            Jackson, MS 39202-2499


Magnolia Federal CU                     Magnolia Federal Credit Union      Mohela
Attn: Bankruptcy                        240 Briarwood Dr                   Attn: Bankruptcy
240 Briarwood Dr.                       Jackson, MS 39206-3027             P.O.Box 9635
Jackson, MS 39206-3027                                                     Wilkes Barr, PA 18773-9635


National Credit Adj                     Thomas Carl Rollins Jr             Smith Rouchon & Assoc
Attn: Bankruptcy                        The Rollins Law Firm, PLLC         Sra
Po Box 3023                             PO BOX 13767                       1456 Ellis Ave
Hutchinson, KS 67504-3023               Jackson, MS 39236-3767             Jackson, MS 39204-2204


Strategic Dealer Servi                  U Own                              US Attorney General
524 E Lamar Blvd                        1500 University Centre             US Dept of Justice
Arlington, TX 76011-3908                Ste 140                            950 Pennsylvania AveNW
                                        Tampa, FL 33612                    Washington, DC 20530-0001


United States Trustee                   Wilkinson Law Firm
501 East Court Street                   51 Keywood Circle
Suite 6-430                             Flowood, MS 39232
Jackson, MS 39201-5022
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Lendmark Financial Services, LLC        End of Label Matrix
2118 Usher Street NW                    Mailable recipients    22
Covington, GA 30014                     Bypassed recipients     0
                                        Total                  22
```