United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-01925-JAW
Delmar Benard Funches  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3  User: mssbad  Page 1 of 1
Date Rcvd: Sep 03, 2025  Form ID: pdf012  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Delmar Benard Funches, 10 North Hill Pkwy, Apt #110, Jackson, MS 39206-5559 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Delmar Benard Funches trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

___



SO ORDERED,

*Jamie A. Wilson*

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: September 3, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
___

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                             CHAPTER 13 NO.:

DELMAR BENARD FUNCHES                                         25 – 01925 – JAW

### ORDER RESCHEDULING §341 MEETING OF CREDITORS, EXTENDING DEADLINE FOR OBJECTING TO CONFIRMATION AND RESETTING CONFIRMATION HEARING

On *ore tenus* motion of the Chapter 13 Trustee in the above styled case to reschedule §341 Meeting of Creditors, extend the deadline for filing objections to confirmation of the Debtor(s) Chapter 13 Plan (the "Plan"), and reset confirmation hearing, having considered the same, finds, that the *ore tenus* motion should be granted, therefore,

IT IS ORDERED THAT:

1. The §341 Meeting of Creditors is reset to OCTOBER 7, 2025 AT 11:30 A.M. PLEASE TAKE NOTICE that said meeting of creditors will be conducted via ZOOM VIDEO MEETING:

   Go to Zoom.us/join enter
   Meeting ID 374 151 7424 and
   Passcode 4972880130 or call
   662-350-8812

   **Please do not appear in person for the meeting.** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend the meeting. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. If you have any questions or concerns, please contact your attorney or the case trustee at:

   Trustee Phone: 601-362-6161
   Trustee Email: HJB@HBARKLEY13.COM

2. The Objection to Confirmation Deadline is extended until **OCTOBER 21, 2025**.

3. The Confirmation hearing is reset for **NOVEMBER 3, 2025 at 10:00 A.M.** at 501 East Court Street, in Courtroom 4-C, Jackson, Mississippi 39201. If no objection is timely filed, the plan may be confirmed without a hearing.

4. The Trustee shall serve a copy of this Order to all creditors and/or all interested parties as listed on the most recent CM/ECF creditor mailing matrix in a manner to comply with the notice provisions of Fed. R. Bankr. P. 2002(a)(9) and (b)(3). Within two (2) days after service, the Trustee shall file a certificate of service with the Court that includes a copy of this Order and a record of the parties served.

##END OF ORDER##

SUBMITTED BY:

JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM