United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-01925-JAW
Delmar Benard Funches     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Nov 12, 2025     Form ID: n031     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Delmar Benard Funches, 10 North Hill Pkwy, Apt #110, Jackson, MS 39206-5559 |
| 5543720 | + | MS Sports Medicine, 1325 E Fortification, Jackson, MS 39202-2499 |
| 5543719 | + | Mohela, Attn: Bankruptcy, P.O.Box 9635, Wilkes Barr, PA 18773-9635 |
| 5566083 | + | SDS, Carrus, LLC, 25 Highland Park Village #100-199, Dallas TX 75205-2789 |
| 5543723 | + | Strategic Dealer Servi, 524 E Lamar Blvd, Arlington, TX 76011-3908 |
| 5543724 | | U Own, 1500 University Centre, Ste 140, Tampa, FL 33612 |
| 5543726 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5543710 | + | Email/Text: bnc-capio@quantum3group.com | Nov 12 2025 20:49:00 | Capio Partners, 2222 Texoma Pkwy, Ste 150, Sherman, TX 75090-2481 |
| 5543711 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 12 2025 20:53:13 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5543712 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Nov 12 2025 20:49:00 | CashApp, 1955 Broadway, Suite 6, Oakland, CA 94612-2205 |
| 5543713 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 12 2025 20:49:00 | Department of Treasury - Internal Revenue Service, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5568471 | + | Email/Text: gbechakas@outlook.com | Nov 12 2025 20:48:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5543714 | + | Email/Text: ebone.woods@usdoj.gov | Nov 12 2025 20:49:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5543716 | | Email/Text: bk@lendmarkfinancial.com | Nov 12 2025 20:48:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington, GA 30014 |
| 5545260 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 12 2025 20:53:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5543715 | + | Email/Text: bnc-capio@quantum3group.com | Nov 12 2025 20:49:00 | Law office of MBA, PO Box 3498, Sherman, TX 75091-3498 |
| 5543718 | + | Email/Text: bankruptcy@magfedcu.org | Nov 12 2025 20:49:00 | Magnolia Federal CU, Attn: Bankruptcy, 240 Briarwood Dr., Jackson, MS 39206-3027 |
| 5543717 | + | Email/Text: bankruptcy@magfedcu.org | Nov 12 2025 20:49:00 | Magnolia Federal Credit Union, 240 Briarwood Dr, Jackson, MS 39206-3027 |
| 5543721 | + | Email/Text: bankruptcy@ncaks.com | Nov 12 2025 20:48:00 | National Credit Adj, Attn: Bankruptcy, Po Box 3023, Hutchinson, KS 67504-3023 |
| 5567039 | + | Email/Text: bankruptcy@ncaks.com | Nov 12 2025 20:48:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2025 | Form ID: n031 | Total Noticed: 22 |

| 5543722 | + Email/Text: Tracey@sra-inc.net | Nov 12 2025 20:49:00 | 67504-3023 Smith Rouchon & Assoc, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5543725 | ^ MEBN | Nov 12 2025 20:47:19 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:

**Name** **Email Address**

Harold J. Barkley, Jr.
HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Thomas Carl Rollins, Jr
on behalf of Debtor Delmar Benard Funches trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01925−JAW
**Chapter:** 13

**In re:**

Delmar Benard Funches
aka Delmar Bernard Funches, aka Delmar B Funches
10 North Hill Pkwy
Apt #110
Jackson, MS 39206

### Notice of Entry of Order Confirming Plan

The Court entered an Order on 11/12/2025 (Dkt. # 22 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: November 12, 2025                    Danny L. Miller, Clerk of Court