United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-01925-JAW
Delmar Benard Funches Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 2
Date Rcvd: Sep 29, 2026 Form ID: ntcds13v Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Delmar Benard Funches, 10 North Hill Pkwy, Apt #110, Jackson, MS 39206-5559 |
| 5543720 | + | MS Sports Medicine, 1325 E Fortification, Jackson, MS 39202-2499 |
| 5543719 | + | Mohela, Attn: Bankruptcy, P.O.Box 9635, Wilkes Barr, PA 18773-9635 |
| 5566083 | + | SDS, Carrus, LLC, 25 Highland Park Village #100-199, Dallas TX 75205-2789 |
| 5543723 | + | Strategic Dealer Servi, 524 E Lamar Blvd, Arlington, TX 76011-3908 |
| 5543724 | | U Own, 1500 University Centre, Ste 140, Tampa, FL 33612 |
| 5543726 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5543710 | + | EDI: CAPIO.COM | Sep 29 2026 23:48:00 | Capio Partners, 2222 Texoma Pkwy, Ste 150, Sherman, TX 75090-2481 |
| 5543711 | + | EDI: CAPITALONE.COM | Sep 29 2026 23:48:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5543712 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Sep 29 2026 19:53:00 | CashApp, 1955 Broadway, Suite 6, Oakland, CA 94612-2205 |
| 5543713 | | EDI: IRS.COM | Sep 29 2026 23:48:00 | Department of Treasury - Internal Revenue Service, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5568471 | + | Email/Text: gbechakas@outlook.com | Sep 29 2026 19:53:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5543714 | + | Email/Text: ebone.woods@usdoj.gov | Sep 29 2026 19:53:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5543716 | | Email/Text: bk@lendmarkfinancial.com | Sep 29 2026 19:53:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington, GA 30014 |
| 5545260 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2026 19:56:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5543715 | + | EDI: CAPIO.COM | Sep 29 2026 23:48:00 | Law office of MBA, PO Box 3498, Sherman, TX 75091-3498 |
| 5543718 | + | Email/Text: bankruptcy@magfedcu.org | Sep 29 2026 19:53:00 | Magnolia Federal CU, Attn: Bankruptcy, 240 Briarwood Dr., Jackson, MS 39206-3027 |
| 5543717 | + | Email/Text: bankruptcy@magfedcu.org | Sep 29 2026 19:53:00 | Magnolia Federal Credit Union, 240 Briarwood Dr, Jackson, MS 39206-3027 |
| 5543721 | + | Email/Text: bankruptcy@ncaks.com | Sep 29 2026 19:53:00 | National Credit Adj, Attn: Bankruptcy, Po Box 3023, Hutchinson, KS 67504-3023 |
| 5567039 | + | Email/Text: bankruptcy@ncaks.com | Sep 29 2026 19:53:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS |

| | | | | |
|---|---|---|---|---|
| | | | | 67504-3023 |
| 5543722 | + | Email/Text: Tracey@sra-inc.net | Sep 29 2026 19:53:00 | Smith Rouchon & Assoc, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5613996 | | Email/Text: EDBKNotices@ecmc.org | Sep 29 2026 19:53:00 | U.S. Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |
| 5543725 | ^ | MEBN | Sep 29 2026 19:51:07 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2026 Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Delmar Benard Funches trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form ntcds13v (12/23)

**UNITED STATES BANKRUPTCY COURT**
Southern District of Mississippi

Case No.: 25–01925–JAW
Chapter: 13

In re:
Delmar Benard Funches
aka Delmar Bernard Funches, aka Delmar
B Funches
10 North Hill Pkwy
Apt #110
Jackson, MS 39206

Last four digits of Social–Security or Individual Tax–Payer–Identification (ITIN) No(s)., (if any):
xxx–xx–3195

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that on September 24, 2026, Delmar Benard Funches (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 36). On September 29, 2026, the court entered an *ex parte* order (Dkt. # 37) granting the Debtor's Motion.

Pursuant to Miss. Bankr. L.R. 1017–1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 9/29/26

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601–608–4600